1:23CV458

UNITED STATES DISRICT COURT
EASTERN  DISTRICT  OF TEXAS
EASTERN DIVISION

NOTICE OF CASE FILING
Date Case Filed: DECEMBER__15__2023

Style of Case : SOLOMON EVERFIELD III
VS

Case Number :

District Judge Assigned:

Nature of claim :Civil Rights N O S 550

On the Twenty first of November, Two thousand twenty three, I received I-60 response from the Compliance Coordinator, "Ms. J. Dewalt", stating, "After view, I was brought to the medical department on "6/07/2023", due to a port of me being dizzy while in shower area. There were no seizure diagnosis. I, "Solomon Everfield the III can prove, for sure that, that statement was infact a lie, and that it was frivilous and didn't have any merit what so ever. I was found unconcious actually by the inmates that are going to sign this statement. One of the guys is now at the Beaumont FCI at this present moment, and I'm more than sure, he's willing to tell the truth about the situation. The medical staff here, I know for sure that fabricated the medical report was, "Ms. Agnew", because I heard her talking about Vertico. When you write grievances up on the medical people, they answer them with lies. This is considered as being, criminal negligence, lack of inmate care, malicous, just evil!" I need help! Respectfully and Humbly submitted by,

The camara's should show and tell everything along with my witnesses.

x Mr. Solomon Everfield III
x Terance Green #18253079
(Deryk Carright
x Tyk V. Mchil

Given under my hand and seal of office this is the ___29th___ day of NOVEMBER, 20 23.


SABRINA SHAW
Notary Public, State of Texas
Comm. Expires 08-06-2026
Notary ID 129910854

Sabrina Shaw

Notary Public in and for
The State of Texas

I, "Solomon Everfield III", am filing a criminal negligence complaint pertaining to the IAH Detention Center Facilities 'Medical Department of Livingston Texas," "Medical Administration." Improper and unfair and also poor investigations has been conducted on people that I've written grievances on and it's very melicaous and cruel. Your time and attention concernince this matter will fully be appreciated. Thank you and be blessed.

Respectfully Submitted,

x Mr. Solomon Everfield III



SABRINA SHAW
Notary Public, State of Texas
Comm. Expires 08-06-2026
Notary ID 129910854

11/29/2023

Sonsoloio Honorable AW FRAWNER. "make copies"

**MTC** — IAH Secure Adult Detention Facility

RECEIVED 12/5 D2

| | |
|---|---|
| Date Received: | 12/4/23 |
| Staff ID #: | 4096 |
| Log #: | 120423-93 |

## DETAINEE/INMATE REQUEST FORM

Detainee/Inmate Name: Mr. Solomon Everfield   Alien Number: 09121-078

Housing Unit: D2   Bunk Number: 2   Country: USA   Date: 12/01/2023

### I REQUEST THE FOLLOWING: (*SUBMIT ONE FORM PER REQUEST*)

☐ **WASH PERSONAL CLOTHING** – (limited to a one time wash, for one set of clothing only)
BAG#: _____ (Property Receipt): _____

☐ **HOUSING CHANGE** (Reviewed for Approval by Detention Lieutenant only)

☐ **BUNK CHANGE** From bunk #: _____; To bunk #: _____ (Reviewed for Approval by Supervisor)

☐ **VOLUNTEER WORK DETAIL**      ☐ **RELIGIOUS SERVICES** _____

☐ **TO SEND CERTIFIED/REGISTERED MAIL**

☐ **ACCESS TO PROPERTY BAG (LEGAL MATERIAL ONLY)** – BAG# _____ Property Receipt: _____

☐ **TO RECEIVE PERSONAL PROPERTY** (Reviewed for Approval by WARDEN only)
**NOTE:** (If the property is stored in CONTRABAND, it will not be approved – Contraband items will be handled as per policy)

Description and amount of items to be received: _____
_____
_____

☐ **SPECIAL TELEPHONE ACCESS** (List reasons & Phone number): _____

☐ **LIBRARY - LEGAL MATERIAL** (Not available in the library): _____

☑ **OTHER:** Greetings honorable Frawner. The medical facility sent my medical records home, not my incident that happened on June 07,2023, They are mixing up situations purposely. Sir, I would like to know who is the head over this medical department. Thank you very much sir.

### DO NOT WRITE IN THIS SECTION-FOR OFFICE USE ONLY

☐ APPROVED   ☐ DENIED   ☑ REPLY   APPROVAL GOOD FOR: ☐ 30 days ☐ 60 days ☐ 90 days

Comments: There is no evidence of purposefully routing your records or requests wrongfully. MTC medical has a corporate chain of command however you may get redress by trying the facility ward first.

BY: _____   TITLE: Dep. Wdn   DATE: 12/7/23

(Facility warden)

Original:   Detainee/Inmate
Copy:   Detainee/Inmate Detention File

Compliance 20170519

"Sensitive"

AW FRAWNER

RECEIVED 12/5

**MTC** IAH Secure Adult Detention Facility

Date Received: _____
Staff ID #: Duplicate
Log #: _____

## DETAINEE/INMATE REQUEST FORM

Detainee/Inmate Name: Mr. Solomon Everfield    Alien Number: 09121-078

Housing Unit: D2    Bunk Number: 2    Country: USA    Date: Dec, 01, 2023

---

### I REQUEST THE FOLLOWING: (*SUBMIT ONE FORM PER REQUEST*)

☐ **WASH PERSONAL CLOTHING** – (limited to a one time wash, for one set of clothing only)
BAG#: _____ (Property Receipt): _____

☐ **HOUSING CHANGE** (Reviewed for Approval by Detention Lieutenant only)

☐ **BUNK CHANGE** From bunk #: _____; To bunk #: _____ (Reviewed for Approval by Supervisor)

☐ **VOLUNTEER WORK DETAIL**    ☐ **RELIGIOUS SERVICES** _____

☐ **TO SEND CERTIFIED/REGISTERED MAIL**

☐ **ACCESS TO PROPERTY BAG (LEGAL MATERIAL ONLY)** – BAG# _____ Property Receipt: _____

☐ **TO RECEIVE PERSONAL PROPERTY** (Reviewed for Approval by WARDEN only)
**NOTE:** (If the property is stored in CONTRABAND, it will not be approved – Contraband items will be handled as per policy)

Description and amount of items to be received: _____
_____
_____

☐ **SPECIAL TELEPHONE ACCESS** (List reasons & Phone number): _____

☐ **LIBRARY - LEGAL MATERIAL** (Not available in the library): _____
_____

☑ **OTHER:** Greetings sir. I feel like I'm being treated unfair with the medical department here, and the Grievance process that I'm going through sir. I have proof where Mrs. Shaw has answered my grievance from medical, now it's something different. I need good assitance. Thank you sir.

### DO NOT WRITE IN THIS SECTION-FOR OFFICE USE ONLY

☐ APPROVED    ☐ DENIED    ☐ REPLY    APPROVAL GOOD FOR: ☐ 30 days ☐ 60 days ☐ 90 days

Comments: _____
_____
_____

BY: _____ TITLE: _____ DATE: _____

Original:  Detainee/Inmate
Copy:  Detainee/Inmate Detention File

Compliance 20170519

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
EASTERN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFILD III | $ | CIVIL ACTION |
| VERSUS | $ | |
| MEDICAL DIRECTOR | $ | |
| | $ | |
| | $ | |

Consent to Proceed Before a Magistrate Judge,

All Parties to this case waive their right to proceed before a district Judge and consent to have a United States Magistrate Judge conduct All further Proceedings, Including the trial and judgement 28 U.S.C $ 636(c).

Solomon Everfield III

x _Solomon Everfield III_

Order to Transfer

This case is Transferred to United States Magistrate Judge

_____

to conduct all further proceedings ,including final Judgement

X_____

Date 12-15-2023

United States Distict Judge

On several diffrent occasions, I have not received "Entresto" pills for 5 days up until a week. Everytime I fill out sick call forms, they get answered extremly late. I have every heart problem that there is, and the medical staff does not take me serious at all. I explain to them consistently that my chest be hurting, because of extreme stress, because, "this is a stressful situation at hand!" Every time I ask or write the administration at this facility, I get spent in a circle. Everytime I write the medical staff, they blow me off. I finally asked them who was over medical, and this is the response that I got written in ink, inside this packet. I need help before I die, my life and health is serious. Thank you and be blessed.

12-15-2023                    × Solomon Grayful III

Case 9:24-cv-00135-MAC-ZJH    Document 2    Filed 07/19/24    Page 8 of 8 PageID #:  11



MR. SOLOMON EVERFIELD III    #09121-078

IAH DETENTION CENTER,

3400 FM 350 South

Livingston Texas, 77351

* NEED CERTIFIED *

AFSM 6 N. HOU 773

FRI 15 DEC

**Retail**

U.S. POSTAGE PAID
FCM LG ENV
LIVINGSTON, TX 77351
DEC 15, 2023

77701    **$5.28**

RDC 99    R2305K131658-03

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 0410 0000 7580 0653

CLERK, U.S. DISTRICT COURT
**RECEIVED**

DEC 1 8 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT TEXAS

United States District CLERK

AND UNITED STATES COURTHOUSE

300 Willow St. Suite 104

BEAUMONT Texas, 77701